2005 DEC 30 PM 3:39

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Carline M. Curry<br>606 Bowman Street<br>Mansfield, Ohio 44903<br><br>Plaintiff<br><br>Vs.<br><br>Martin Berger (President)<br>Invention Submission Corp.<br>217 9th Street<br>Pittsburgh, PA 15222<br><br>And<br><br>Techno Systems<br>217 9th Street<br>Pittsburgh, PA 15222<br><br>And<br><br>Law Offices of<br>Mr. Douglas McKenzie<br>P.O. Box 1295<br>Mt. View CA 94042<br><br>Defendants | **1:05CV3000**<br><br>Civil Action No: _____<br><br>Judge **JUDGE ALDRICH**<br><br>**MAG. JUDGE BAUGHMAN** |

1

)

## COMPLAINT ENDORSED WITH JURY DEMAND

The Plaintiff Carline M. Curry, through Counsel (Pro-Se) until council obtained state the following as my complaint against Invention Submission Corporation, Techno Systems and Douglas McKenzie. The previous mentioned entities and individual were negligent and incompetent in filing my patent application in a good faith effort and timely manner. I took my patent to Invention Submission Corporation in 1995. It has been ten years and I have been corresponding and communicating with Mr. Mc Kenzie; a lot of other products have been put on the market using technology I suggested for Patent but a different product. I have letters of correspondence and phone bill records where I have called Mr. McKenzie and Invention Submission Corporation.

I hired Invention Submission Corporation and they hired Mr. Mc Kenzie to process the patent application Mr. McKenzie was located in California and Missouri at the time. I have never met Mr. McKenzie. My son and I took a trip to Pittsburgh and set down at the table with representative of Invention Submission Corporation to try to get my patent application moving in 1996. Mr. McKenzie was not present at that meeting. I explained to them what I wanted. Initially I purchased the Patent service from the office (I.S.C.) that was located in Columbus Ohio. I paid Invention Submission Corporation 9,000.00 dollars to process my patent application and use their services to get my product licensed and on the market. I had the product searched by another company before I took it to I.S.C. to verify that there were not any patents already in existence; I have copies of correspondence indicating this fact.

### 1. JURISDICTION

1. Cost and attorney fees may be awarded pursuant to the federal law. I am requesting that attorney fees be refunded or paid by I.S.C. if the jury finds them negligent in processing my patent application and providing a good faith effort to get my product on the market.

2. The action that gave rise to this Complaint occurred in Richland County, Ohio, and Pittsburgh PA. And Columbus Ohio, Franklin County.

3. Specific O.R.C. laws and regulations will be sighted at a future date and time at this

2

time I just want to make sure that I have a complaint in of negligence and incompetence in the processing of my patent application and I'm requesting compensation for loses. I AM

## II. PARTIES

1. Plaintiff Carline Curry is a citizen and resident of Richland, County, Ohio and at all relevant times to this Complaint was employed by the City of Mansfield, Ohio in a Supervisory position.

2. Defendants Invention Submission Corporation is located in Pittsburgh PA. At 217 9th Street and Techno Systems is there mother Company operating out of the same building now.

3. Mr. Douglas McKenzie was or is a private Patent Attorney; who was hired by Invention Submission Service.

## BACK GROUND

According to other Agents at Invention Submission Corporation it should only take up to two years to obtain a patent. It has been ten years and the patent is not processed yet and other similar products have been placed on the market and sold.

## NEGLIGENT PATENT PROCESSING

## XII PRAYER FOR RELIEF

The wrongful action of Defendants have caused injury to the Plaintiff in the form of emotional stress and fatigue, lost opportunities, and a life of happiness, loss profits and benefits with pain and suffering and extra cost corresponding with Defendants over the

past ten years.

Wherefore, Plaintiff prays that this Court enters judgment in Plaintiffs' favor and order the following.

   a. Compensatory and Punitive damages of 50 Million for the first ten years of lost profits (1995 to 2005) and 50 million of future lost profits if my patent is not processed and product put on the market.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues to the maximum extent permissible by law. I ask that if there needs to be a change to a paper trial due to unforeseen circumstances I ask that the court grant that change and make sure that plaintiff receives all pertinent data necessary to proceed with the case on a timely basis.

Just as if it was a trial by Jury.

Respectfully submitted,

*Carline Curry* 12-30-05

Carline M. Curry (Pro Se) until council obtained
606 Bowman Street
Mansfield, Ohio 44903
Phone 419-522-5145
Facsimile: 419-522-5145 home